IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEBBIE HALL,

    Plaintiff,

v.                                         CASE NO.: 1:24cv-150-MW-HTC

ST. FRANCIS HOUSE, INC and
LAURI SCHIFFBAUER, individually,

    Defendants.
_____/

**JOINT STATUS REPORT**

Plaintiff DEBBIE HALL and Defendants ST. FRANCIS HOUSE, INC. and LAURI SCHIFFBAUER, by and through their undersigned attorneys, hereby file this Joint Status Report and state as follows:

1. The deadline for discovery was May 14, 2025.

2. Defendants have filed a motion for summary judgment. Plaintiff has filed her response, and Defendants' reply was filed on June 13, 2025.

3. This case has been removed from the trial calendar pending the Court's ruling on Defendants' motion for summary judgment.

|  |  |
|---|---|
| By: /s/ Marcy I. LaHart<br>Marcy I. LaHart<br>Florida Bar No. 967009<br>marcy@floridaanimallawyer.com<br>249 SE Tuscawilla Road<br>Micanopy, FL 32667<br>Phone: 352-545-7001<br>Fax: 888-400-1464<br>Micanopy, FL 32667<br>Attorney for Plaintiff | Respectfully submitted,<br><br>s/ Jung Yoon<br>JUNG YOON<br>Florida Bar No. 0599611<br>jung@donnellygross.com<br>PAUL A. DONNELLY<br>Florida Bar No. 813613<br>2421 NW 41st Street, Suite A-1<br>Gainesville, FL 32606<br>(352) 374-4001; (352) 374-4046 (fax)<br><br>Kirstin J. Megraw<br>Florida Bar No. 0105422<br>4923 NW 43rd Street<br>Gainesville, Florida 32606<br>Telephone: (352) 416-3407<br>Fax: (352)416-3447<br>Primary E-Mail: megraw@scwlegal.org<br>Secondary E-Mail: kjmla@scwlegal.org<br>Attorney for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September 2025, a true and correct copy of the foregoing is served via CM/ECF to the following counsel for Plaintiff: Marcy I. LaHart, marcy@floridaanimallawyer.com.

/s/ Jung Yoon

2